NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SITO MOBILE R&D IP, LLC, SITO MOBILE, LTD.,**
*Appellants*

**v.**

**HULU, LLC,**
*Appellee*

---

2022-1926, 2022-1927, 2022-1977, 2022-1989, 2022-2262

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00158, IPR2021-00206, IPR2021-00219, IPR2021-00265, IPR2021-00308.

---

**JUDGMENT**

---

STEPHEN TERRY SCHREINER, Carmichael Ip, Tysons, VA, argued for appellants.  Also represented by JAMES CARMICHAEL, MINGHUI YANG; JASON SCOTT CHARKOW, RONALD M. DAIGNAULT, CHANDRAN IYER, RICHARD JUANG, KEVIN SPRENGER, Daignault Iyer LLP, Vienna, VA.

AMY LIANG, O'Melveny & Myers LLP, San Francisco, CA, argued for appellee.  Also represented by BRADLEY M. BERG, CAMERON WILLIAM WESTIN, BRETT JOHNSTON

WILLIAMSON, Newport Beach, CA NATHANIEL LEGUM, Los
Angeles, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and STOLL, *Circuit
Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 5, 2024
Date

Jarrett B. Perlow
Clerk of Court